IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIRIAM HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-CV-00889 |
| | ) |
| JOHN NUNES AND CRETE CARRIER | ) |
| CORPORATION | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court, as evidenced by the electronic signatures of counsel hereto, that the Plaintiff, Miriam Hall, and the Intervening Plaintiff, Kentucky Farm Bureau Insurance Companies, and the Defendants, Crete Carrier Corporation and John Nunes ("Defendants"), have agreed to compromise and settle all matters in controversy in this case; that Defendants are intended to be discharged from any further liability to Plaintiff or Intervening Plaintiff, or others associated with this matter, it is accordingly,

**ORDERED** that the Defendants, Crete Carrier Corporation and John Nunes, be dismissed from this case with prejudice and discharged from any and all other responsibilities connected therewith, and that this cause be and the same is hereby dismissed with prejudice to the re-filing of same as to the Defendants. It is further **ORDERED** the claims of Miriam Hall against Kentucky Farm Bureau Insurance Companies shall be dismissed with prejudice. No discretionary costs shall be applied for by the parties.

BE IT SO ENTERED this 23 day of December, 2010.

_____
JUDGE